1084

No. 80–829. DEL GENIO *v.* UNITED STATES BUREAU OF PRISONS ET AL. C. A. 7th Cir. Certiorari denied. 

No. 80–855. ANTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 80–856. MURRELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 80–867. JACKSTADT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–882. EDLER INDUSTRIES, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80–888. ROWBOTHAM *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 80–899. PERLSTEIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 80–909. TERCERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80–910. CALAVO GROWERS OF CALIFORNIA *v.* GENERALI BELGIUM ET AL. C. A. 2d Cir. Certiorari denied. 

No. 80–912. SISK *v.* UNITED STATES; and
No. 80–917. BENSON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 80–916. DINARDI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 80–5136. PEREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.